# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CITY OF FRESNO, et al.,

    Plaintiffs,

v.

UNITED STATES,

    Defendant.

and

SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al., and CENTRAL CALIFORNIA IRRIGATION DISTRICT, et al.,

Defendant-Intervenors.

No. 16-1276C

Hon. Armando O. Bonilla

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Arvin-Edison Water Storage District, Chowchilla Water District, Delano-Earlimart Irrigation District, Exeter Irrigation District, Ivanhoe Irrigation District, Lindmore Irrigation District, Lindsay-Strathmore Irrigation District, Lower Tule River Irrigation District, Orange Cove Irrigation District, Porterville Irrigation District, Shafter-Wasco Irrigation District, Southern-San Joaquin Municipal Utility District, Stone Corral Irrigation District, Tea Pot Dome Water District, and Tulare Irrigation District, the City of Fresno, California, and individual Plaintiffs, Loren Booth LLC, Matthew J. Fisher, Julia K. Fisher, Hronis Inc., Clifford R. Loeffler, Maureen Loeffler, Douglas Phillips, and Caralee Phillips, appeal to the United States Court of Appeals for the Federal Circuit the June 7, 2022 entry of Final Judgment by the U.S.

1

Court of Federal Claims in favor of the United States for this case.[1]

                                      Respectfully submitted,

                                      s/ Nancie G. Marzulla
                                      Nancie G. Marzulla
                                        Roger J. Marzulla
                                        Marzulla Law, LLC
                                        1150 Connecticut Avenue, NW
                                        Suite 1050
                                        Washington, DC 20036
                                        (202) 822-6760 (telephone)
                                        (202) 822-6774 (facsimile)
                                        nancie@marzulla.com
July 5, 2022                            roger@marzulla.com

                                        Counsel for Plaintiffs

Of Counsel

Craig A. Parton
Timothy E. Metzinger
PRICE, POSTEL & PARMA LLP
200 East Carrillo Street, Suite 400
Santa Barbara, CA 93101
(805) 962-0011
cap@ppplaw.com
tem@ppplaw.com

---

[1] Entry of Final Judgment (June 7, 2022), ECF No. 228; *see also* Op. & Order (Mar. 25, 2020), ECF No. 163 and Op. & Order (June 6, 2022), ECF No. 227.

## CERTIFICATE OF SERVICE

I certify that on July 5, 2022, a copy of this Plaintiffs' Notice of Appeal was served on counsel of record by filing it electronically using the Court's ECF system.

s/Nancie G. Marzulla
Nancie G. Marzulla
