NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CITY OF FRESNO, ARVIN-EDISON WATER STORAGE DISTRICT, CHOWCHILLA WATER DISTRICT, DELANO-EARLIMART IRRIGATION DISTRICT, EXETER IRRIGATION DISTRICT, IVANHOE IRRIGATION DISTRICT, LINDMORE IRRIGATION DISTRICT, LINDSAY-STRATHMORE IRRIGATION DISTRICT, LOWER TULE RIVER IRRIGATION DISTRICT, ORANGE COVE IRRIGATION DISTRICT, PORTERVILLE IRRIGATION DISTRICT, SHAFTER-WASCO IRRIGATION DISTRICT, SOUTHERN SAN JOAQUIN MUNICIPAL UTILITY DISTRICT, STONE CORRAL IRRIGATION DISTRICT, TEA POT DOME WATER DISTRICT, TULARE IRRIGATION DISTRICT, LOREN BOOTH LLC, MATTHEW J. FISHER, JULIA K. FISHER, HRONIS INC., CLIFFORD R. LOEFFLER, MAUREEN LOEFFLER, DOUGLAS PHILLIPS, CARALEE PHILLIPS,
*Plaintiffs-Appellants*

SAUCELITO IRRIGATION DISTRICT, TERRA BELLA IRRIGATION DISTRICT,
*Plaintiffs*

v.

UNITED STATES, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, SANTA CLARA VALLEY WATER DISTRICT, SAN LUIS WATER DISTRICT,

**WESTLANDS WATER DISTRICT, GRASSLAND WATER DISTRICT, JAMES IRRIGATION DISTRICT, BYRON BETHANY IRRIGATION DISTRICT, DEL PUERTO WATER DISTRICT, SAN JOAQUIN RIVER EXCHANGE CONTRACTORS WATER AUTHORITY, CENTRAL CALIFORNIA IRRIGATION DISTRICT, FIREBAUGH CANAL WATER DISTRICT, SAN LUIS CANAL COMPANY, COLUMBIA CANAL COMPANY,**
*Defendants-Appellees*

_____

2022-1994

_____

Appeal from the United States Court of Federal Claims in No. 1:16-cv-01276-AOB, Judge Armando O. Bonilla.

_____

**ON MOTION**

_____

Before STOLL, *Circuit Judge*.

**O R D E R**

City of Fresno et al., move to reform the caption to also name Terra Bella Irrigation District and Saucelito Irrigation District as appellants in this matter.

The court notes that Terra Bella Irrigation District and Saucelito Irrigation District do not appear to be listed in the notice of appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted if no later than August 8, 2022, the appellants file an amended notice of appeal naming Terra Bella Irrigation District and Saucelito Irrigation District as appellants. No additional docketing fee is required for the amended notice of appeal.

FOR THE COURT

<u>July 29, 2022</u>     <u>/s/ Peter R. Marksteiner</u>
    Date                             Peter R. Marksteiner
                                         Clerk of Court