2022-1994

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

CITY OF FRESNO, ARVIN-EDISON WATER STORAGE DISTRICT, CHOWCHILLA WATER DISTRICT, DELANO-EARLIMART IRRIGATION DISTRICT, EXETER IRRIGATION DISTRICT, IVANHOE IRRIGATION DISTRICT, LINDMORE IRRIGATION DISTRICT, LINDSAY-STRATHMORE IRRIGATION DISTRICT, LOWER TULE RIVER IRRIGATION DISTRICT, ORANGE COVE IRRIGATION DISTRICT, PORTERVILLE IRRIGATION DISTRICT, SAUCELITO IRRIGATION DISTRICT, SHAFTER-WASCO IRRIGATION DISTRICT, SOUTHERN SAN JOAQUIN MUNICIPAL UTILITY DISTRICT, STONE CORRAL IRRIGATION DISTRICT, TEA POT DOME WATER DISTRICT, TERRA BELLA IRRIGATION DISTRICT, TULARE IRRIGATION DISTRICT, LOREN BOOTH LLC, MATTHEW J. FISHER, JULIA K. FISHER, HRONIS INC., CLIFFORD R. LOEFFLER, MAUREEN LOEFFLER, DOUGLAS PHILLIPS, CARALEE PHILLIPS,

*Plaintiffs-Appellants*,

v.

UNITED STATES, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, SANTA CLARA VALLEY WATER DISTRICT, SAN LUIS WATER DISTRICT, WESTLANDS WATER DISTRICT, GRASSLAND WATER DISTRICT, JAMES IRRIGATION DISTRICT, BYRON BETHANY IRRIGATION DISTRICT, DEL PUERTO WATER DISTRICT, SAN JOAQUIN RIVER EXCHANGE CONTRACTORS WATER AUTHORITY, CENTRAL CALIFORNIA IRRIGATION DISTRICT, FIREBAUGH CANAL WATER DISTRICT, SAN LUIS CANAL COMPANY, COLUMBIA CANAL COMPANY,

*Defendants-Appellees*

Appeals from the United States Court of Federal Claims in Nos. No. 1:16-cv-01276-AOB, Judge Armando O. Bonilla.

---

**PLAINTIFFS-APPELLANTS' AMENDED NOTICE OF APPEAL**

---

Of Counsel

Craig A. Parton
Timothy E. Metzinger
PRICE, POSTEL & PARMA LLP
200 East Carrillo Street, Suite 400
Santa Barbara, CA 93101
(805) 962-0011
cap@ppplaw.com
tem@ppplaw.com

Nancie G. Marzulla
Roger J. Marzulla
Marzulla Law, LLC
1150 Connecticut Avenue, NW
Suite 1050
Washington, DC 20036
(202) 822-6760 (telephone)
(202) 822-6774 (facsimile)
nancie@marzulla.com
roger@marzulla.com

Counsel for Plaintiffs-Appellants

---

## Plaintiffs-Appellants' Amended Notice of Appeal

Notice is hereby given that Plaintiffs, the City of Fresno, Arvin-Edison Water Storage District, Chowchilla Water District, Delano-Earlimart Irrigation District, Exeter Irrigation District, Ivanhoe Irrigation District, Lindmore Irrigation District, Lindsay-Strathmore Irrigation District, Lower Tule River Irrigation District, Orange Cove Irrigation District, Porterville Irrigation District, Saucelito Irrigation District, Shafter-Wasco Irrigation District, Southern-San Joaquin Municipal Utility District, Stone Corral Irrigation District, Tea Pot Dome Water District, Terra Bella Irrigation District and Tulare Irrigation District, and individual Plaintiffs, Loren Booth LLC, Matthew J. Fisher, Julia K. Fisher, Hronis Inc., Clifford R. Loeffler, Maureen Loeffler, Douglas Phillips, and Caralee Phillips, appeal to the United States Court of Appeals for the Federal Circuit the June 7, 2022 entry of Final Judgment by the U.S. Court of Federal Claims in favor of the United States for this case.[1] This is Plaintiffs' Amended Notice of Appeal in accordance with the Court's July 29, 2022 Order.[2]

---

[1] Entry of Final Judgment (June 7, 2022), ECF No. 228; *see also* Op. & Order (Mar. 25, 2020), ECF No. 163 and Op. & Order (June 6, 2022), ECF No. 227.
[2] Order (July 29, 2022), ECF No. 21.

August 2, 2022                                    Respectfully submitted,


                                                  s/Nancie G. Marzulla
                                                  Nancie G. Marzulla
                                                  Roger J. Marzulla
                                                  MARZULLA LAW, LLC
                                                  1150 Connecticut Avenue, NW
                                                  Suite 1050
                                                  Washington, DC 20036
                                                  (202) 822-6760
                                                  nancie@marzulla.com
                                                  roger@marzulla.com

                                                  Counsel for Plaintiffs-Appellants

Of Counsel

Craig A. Parton
Timothy E. Metzinger
PRICE, POSTEL & PARMA LLP
200 East Carrillo Street, Suite 400
Santa Barbara, CA 93101
(805) 962-0011
cap@ppplaw.com
tem@ppplaw.com

**CERTIFICATE OF SERVICE**

I certify that on this August 2, 2022, a true and complete copy of the foregoing

has been filed with the Clerk of the Court pursuant to the Court's electronic filing

procedures and served on counsel of record via the Court's electronic filing system.


Dated: August 2, 2022                                    s/Nancie G. Marzulla
                                                         Nancie G. Marzulla

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:**  2022-1994

**Short Case Caption:**  City of Fresno v. United States

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑  the filing has been prepared using a proportionally-spaced typeface and includes __186__ words.

☐  the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐  the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 08/02/2022

Signature:  /s/ Nancie G. Marzulla

Name:  Nancie G. Marzulla

FORM 9. Certificate of Interest                                    Form 9 (p. 1)
                                                                      July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 2022-1994 |
| **Short Case Caption** | City of Fresno v. United States |
| **Filing Party/Entity** | City of Fresno, et al. |

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/22/2022          Signature:   s/ Nancie G. Marzulla

                          Name:        Nancie G. Marzulla

FORM 9. Certificate of Interest

Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| City of Fresno, CA | | |
| Arvin-Edison Water Storage District | | |
| Chowchilla Water District | | |
| Delano-Earlimart Irrigation District | | |
| Exeter Irrigation District | | |
| Ivanhoe Irrigation District | | |
| Lindmore Irrigation District | | |
| Lindsay-Strathmore Irrigation District | | |
| Lower Tule River Irrigation District | | |
| Orange Cove Irrigation District | | |
| Porterville Irrigation District | | |
| Shafter-Wasco Irrigation District | | |

☑   Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐      None/Not Applicable               ☐      Additional pages attached

| | | |
|---|---|---|
| Roger J. Marzulla, Marzulla Law, LLC | | |
| | | |
| | | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☐      None/Not Applicable               ☐      Additional pages attached

| | | |
|---|---|---|
| Cty. of Fresno v. US, 1: 21-cv-00375-AOB (Fed. Cl.) | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑      None/Not Applicable               ☐      Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Southern San Joaquin Municipal Utility District | | |
| Stone Corral Irrigation District | | |
| Tea Pot Dome Water District | | |
| Tulare Irrigation District | | |
| Terra Bella Irrigation District | | |
| Saucelito Irrigation District | | |
| Loren Booth LLC | | |
| Matthew J. Fisher | | |
| Julia K. Fisher | | |
| Hronis Inc. | | |
| Clifford R. Loeffler | | |
| Maureen Loeffler | | |
| Douglas Phillips | | |
| Caralee Phillips | | |